IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | ) |
| | ) Bankruptcy No. 17-22316-CMB |
| GARY S. BIANCONI and | ) |
| SHARON A. BIANCONI, | )  Chapter 7 |
| | ) |
| Movants/Debtors. | ) |
| | ) |
| _____ | )  Document No. |
| | ) |
| GARY S. BIANCONI and | ) |
| SHARON A. BIANCONI, | ) |
| | ) |
| Movants/Movants/Debtors. | ) |
| | ) |
| Vs. | ) |
| | ) |
| JOHN A. ZUZO. | ) |
| | ) |
| Creditor/Respondent. | ) |

## CERTIFICATE OF SERVICE

I, Debra L. Cribbs, Esq. certify that on the 5th day of October, 2017, I served a copy of the within Response To Motion Of Debtors To Avoid Judgment Liens and Proposed Order of Court upon the following by first class mail:

Glenn R. Bartifay, Esq.
Bartifay Law Offices, P.C.
3134 Lillian Avenue, First Floor
Murrysville, PA  16668

By Electronic mail to Rosemary C. Crawford, Trustee and The Office of the U.S. Trustee.

Dated October 5, 2017                                  Debra L. Cribbs, Esq.
                                                                  Debra L. Cribbs, Esquire
                                                                  Pa. ID No. 50061
                                                                  P.O. Box 222
                                                                  Youngwood, PA  15697
                                                                  (724) 925-6799
                                                                  cribbslaw@gmail.com