# PROCEEDING MEMO

Date: 10/17/2017  1:30 pm

In re: Gary S. Bianconi
Sharon A. Bianconi

Bankruptcy No. 17-22316-CMB
Chapter: 7
Doc. # 20

**Appearances:**

Movant(s): Glenn R. Bartifay ✓

Respondents:

Creditor(s): Debra L. Cribbs ✓

Nature of Proceeding: #20 Motion of Debtors to Avoid Judgment Liens

Additional Pleadings: Certificate of Service; #27 Response by John A. Zuzo

Judge's Notes:  — $1100 lien —

Outcome:

\_\_\_\_\_ Motion is GRANTED    \_\_\_\_\_ Order entered
✓ Motion is DENIED    ✓ Order entered
\_\_\_\_\_ Motion WITHDRAWN
\_\_\_\_\_ Motion is DISMISSED    Order entered
\_\_\_\_\_ Reschedule for Proper Service
\_\_\_\_\_ Case DISMISSED    Order entered
\_\_\_\_\_ Parties to submit Order/Settlement/Stipulation by \_\_\_\_\_ days
\_\_\_\_\_ CONTINUED MATTER: \_\_\_\_\_ for at least \_\_\_\_\_ days (Court to Issue Order)
\_\_\_\_\_ to hearing date of \_\_\_\_\_
\_\_\_\_\_ ISSUE EVIDENTIARY HEARING NOTICE
\_\_\_\_\_ Discovery time needed \_\_\_\_\_ days
\_\_\_\_\_ Briefs to be filed:   Movant(s) brief due \_\_\_\_\_ days
Respondent(s) brief due \_\_\_\_\_ days
Trustee's brief due \_\_\_\_\_ days

Carlota M. Böhm
U.S. Bankruptcy Judge

FILED
10/18/17 9:01 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA