IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: )
) Bankruptcy No. 17-22316-CMB
GARY S. BIANCONI and )
SHARON A. BIANCONI, ) Chapter 7
)
Movants/Debtors. )
)
) Related to Doc. No. 20
_____ )
)
GARY S. BIANCONI and )
SHARON A. BIANCONI, )
)
Movants/Movants/Debtors. )
)
Vs. )
)
JOHN A. ZUZO. )
)
Creditor/Respondent. )

## ORDER OF COURT

AND NOW, this __17th__ day of _____October_____, 2017, the Motion of Gary S. Bianconi and Sharon A. Bianconi to avoid the judgment lien of John A. Zuzo is **DENIED.**

BY THE COURT:

_____
CARLOTA M. BOHM
U.S. Bankruptcy Court Judge

FILED
10/18/17 9:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                                Case No. 17-22316-CMB
Gary S. Bianconi                                                      Chapter 7
Sharon A. Bianconi
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: dric                  Page 1 of 1                  Date Rcvd: Oct 18, 2017
                               Form ID: pdf900             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2017.
db/jdb         +Gary S. Bianconi,    Sharon A. Bianconi,    614 McGowan Ave.,    West Mifflin, PA 15122-3440

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2017 at the address(es) listed below:
              Debra L. Cribbs    on behalf of Respondent John A. Zuzo cribbsrus@comcast.net,   dcribbs@hotmail.com
              Glenn R. Bartifay    on behalf of Joint Debtor Sharon A. Bianconi gbartifay@bartifaylaw.com,
               sfallat@bartifaylaw.com;jterek@bartifaylaw.com;nalejandro@bartifaylaw.com;gbartifay@yahoo.com
              Glenn R. Bartifay    on behalf of Debtor Gary S. Bianconi gbartifay@bartifaylaw.com,
               sfallat@bartifaylaw.com;jterek@bartifaylaw.com;nalejandro@bartifaylaw.com;gbartifay@yahoo.com
              James Warmbrodt     on behalf of Creditor   Bayview Loan Servicing, LLC, A Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Rosemary C. Crawford    crawfordmcdonald@aol.com,   PA68@ecfcbis.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 8