Form 129

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Gary S. Bianconi**
**Sharon A. Bianconi**
   Debtor(s)

Bankruptcy Case No.: 17–22316–CMB

Chapter: 7

## FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

   Rosemary C. Crawford is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: November 8, 2017

                                                    Carlota M. Bohm
                                                  United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Gary S. Bianconi  
Sharon A. Bianconi  
    Debtors

Case No. 17-22316-CMB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: admin     Page 1 of 1     Date Rcvd: Nov 08, 2017  
Form ID: 129     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2017.  
db/jdb     +Gary S. Bianconi,    Sharon A. Bianconi,    614 McGowan Ave.,    West Mifflin, PA 15122-3440

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2017             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2017 at the address(es) listed below:

     Debra L. Cribbs    on behalf of Respondent John A. Zuzo cribbsrus@comcast.net, dcribbs@hotmail.com  
     Glenn R. Bartifay    on behalf of Joint Debtor Sharon A. Bianconi gbartifay@bartifaylaw.com, sfallat@bartifaylaw.com;jterek@bartifaylaw.com;nalejandro@bartifaylaw.com;gbartifay@yahoo.com  
     Glenn R. Bartifay    on behalf of Debtor Gary S. Bianconi gbartifay@bartifaylaw.com, sfallat@bartifaylaw.com;jterek@bartifaylaw.com;nalejandro@bartifaylaw.com;gbartifay@yahoo.com  
     James Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, A Delaware Limited Liability Company bkgroup@kmllawgroup.com  
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
     Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
     Rosemary C. Crawford    crawfordmcdonald@aol.com, PA68@ecfcbis.com  
     S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

                                                        TOTAL: 8